STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Kaliste Joseph Saloom, III
Saloom & Saloom
Post Office Drawer 2999
Lafayette LA 70502-2999

REHEARING ACTION: June 13, 2012

Docket Number: 11   01422-CA consolidated with 1,421-CA & 1,423-CA

SUCCESSION OF ANNE COMEAUX CHIASSON

Appealed from Lafayette Parish Case No. P-20070155 C/W P-20020706, C/W P-20083836

BEFORE JUDGES:

Hon. Oswald A. Decuir
Hon. Jimmie C. Peters
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jessie P. Chiasson, et al** has this day been

DENIED.

cc: Bruce Achille Gaudin, Counsel for the Appellant